1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
PRIORITY RECORDS LLC, a California limited        )
liability company; SONY BMG MUSIC                  )        Case No. C06-1499MJP-RSL
ENTERTAINMENT, a Delaware general                 )
partnership; VIRGIN RECORDS AMERICA, INC.,        )
a California corporation; BMG MUSIC, a New York    )        DEFAULT JUDGMENT AND
general partnership; WARNER BROS. RECORDS         )        PERMANENT INJUNCTION
INC., a Delaware corporation; and ELEKTRA         )
ENTERTAINMENT GROUP INC., a Delaware              )
corporation,                                      )
                                                  )
                         Plaintiffs,              )
              v.                                  )
                                                  )
JOHN RAGUDOS,                                     )
                                                  )
                         Defendant.               )
_____ )

     Having considered plaintiffs' "Application for Entry of Default Judgment by the Court,"

(Dkt. #10), and the remainder of the record, the Court finds as follows:

     1.     Plaintiffs seek the minimum statutory damages of $750 per infringed work, as

authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound

recordings listed in Exhibit A to the Complaint (Dkt. #1).  Having been adjudicated to be in

default (Dkt. #7), defendant is liable to plaintiffs for infringement in the amount of $5,250.

     2.     Defendant shall further pay plaintiffs' costs of suit herein in the amount of $420.

     3.     Defendant shall be and hereby is enjoined from directly or indirectly infringing

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Straight Outta Compton," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

- "Even Flow," on album "Ten," by artist "Pearl Jam" (SR# 137-787);

- "Cold Hearted," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);

- "I Like Them Girls," on album "2000 Watts," by artist "Tyrese" (SR# 293-345);

- "Crawling," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);

- "Opposites Attract," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);

- "Beep Me 911," on album "Supa Dupa Fly," by artist "Missy Elliot" (SR# 245-232);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation, by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

4. The Court enters judgment in favor of plaintiffs and against defendant.

//

//

//

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION                     -2-

1

DATED this 16th day of January, 2007.

2

3

Robert S. Lasnik
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION                    -3-